1  PETER A. STROTZ (SBN: 129904)
   **FILICE BROWN EASSA & MCLEOD LLP**
2  1999 Harrison Street, 18th Floor
   Oakland, CA 94612
3  Tel: (510) 444-3131
   Fax: (510) 839-7940
4
   Attorneys for Defendant,
5  THE GLIDDEN COMPANY dba ICI PAINTS, erroneously
   sued herein as ICI PAINTS
6
7
8                **UNITED STATES DISTRICT COURT**
9                **EASTERN DISTRICT OF CALIFORNIA**
10                       **FRESNO DIVISION**

| | |
|---|---|
| PENNY NEWMAN GRAIN COMPANY, a California corporation, | Case No. 1:06-CV-01020-OWW-DLB |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR BREACH OF CONTRACT; NEGLIGENCE; BREACH OF EXPRESS WARRANTY ORDER** |
| v. | |
| MIDWEST PAINT SERVICES, INC., a South Dakota corporation, ICI PAINTS, a business entity of unknown type and DOES 1 through 100, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff Penny Newman Grain Co., Inc. ("Plaintiff") and Defendant The Glidden Company dba ICI Paints, erroneously sued herein as ICI Paints ("Defendant") that Defendant will respond to Plaintiff's First Amended Complaint for Breach of Contract, Negligence, Breach of Express Warranty on or before September 11, 2006. Plaintiff and Defendant further agree that this Stipulation may be executed in

-1-

05755 33352 PAS 543980.1
PROPOSED STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR BREACH OF CONTRACT; NEGLIGENCE; BREACH OF EXPRESS WARRANTY [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1 counterparts and that a faxed or photocopied signature shall be as if it were the original.

Dated:  August 21, 2006    **FILICE BROWN EASSA & McLEOD LLP**

By:     /S/ Peter A. Strotz
    ―――――――――――――――――――
    PETER A. STROTZ
    Attorneys for Defendant
    THE GLIDDEN COMPANY dba ICI PAINTS

Dated:  August 21, 2006    **McCORMICK BARSTOW SHEPPARD WAYTE & CARRUTH LLP**

By:     /S/ Stephen E. Carroll
    ―――――――――――――――――――
    STEPHEN E. CARROLL
    Attorneys for Plaintiff
    PENNY NEWMAN GRAIN CO., INC.

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Pursuant to the above referenced stipulation, it is hereby ordered that Defendant The Glidden Company dba ICI Paints shall have until September 11, 2006 to respond to Plaintiff's First Amended Complaint for Breach of Contract, Negligence, Breach of Express Warranty.

**IT IS SO ORDERED:**

Dated: August 23, 2006

/s/Oliver W. Wanger
HON. OLIVER W. WANGER

05755 33352 PAS 543980.1
**PROPOSED STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR BREACH OF CONTRACT; NEGLIGENCE; BREACH OF EXPRESS WARRANTY [PROPOSED] ORDER**

PDF created with pdfFactory trial version www.pdffactory.com