1  William T. McLaughlin, II   #116348
2  Frank M. Nunes              #176199
   **McLAUGHLIN SULLIVAN LLP**
3  1396 W. Herndon, Suite 106
   Fresno, California 93711
4  Tel: (559) 439-8200
   Fax: (559) 439-8230
5
6  Attorneys for Defendant MIDWEST PAINT SERVICE, INC., a South Dakota Corporation
7
8
                       UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10
11

| | |
|---|---|
| PENNY NEWMAN GRAIN CO., INC., a California Corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>MIDWEST PAINT SERVICE, INC., a South Dakota Corporation; ICI PAINTS, a business entity of unknown type, and DOES 1 through 100, inclusive,<br><br>                    Defendants.<br>_____<br>MIDWEST PAINT SERVICE, INC., a South Dakota Corporation,<br><br>                    Cross-Complainant,<br><br>v.<br><br>THE GLIDDEN COMPANY dba ICI PAINTS, and ROES 1 through 100, inclusive,<br><br>                    Cross-Defendants. | Case No. 06 CV-1020 OWW DLB<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT;  ORDER** |

27  ///
28  ///

STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

1    IT IS HEREBY STIPULATED by and between the parties hereto through their
2    respective attorneys of record that the time for Defendants, MIDWEST PAINT SERVICE,
3    INC. and THE GLIDDEN PAINT CO., INC. dba ICI PAINTS to file a response to Plaintiff,
4    PENNY NEWMAN GRAIN CO., INC.'s First Amended Complaint shall be extended from
5    September 11, to October 11, 2006.
6    The parties had previously stipulated that responses to Plaintiff, PENNY
7    NEWMAN GRAIN CO., INC's First Amended Complaint would be due September 11, 2006,
8    which became the order of the Court.

9
10   Dated: September 8, 2006                **McLAUGHLIN SULLIVAN LLP**
11
12                                                              /S/
                                             By:_____
13                                               Frank M. Nunes
                                                 Attorneys for Defendant
14                                               MIDWEST PAINT SERVICE, INC.

15   Dated: September 8, 2006                **FILICE, BROWN, EASSA & McLEOD, LLP**
16
17                                                              /S/
                                             By:_____
18                                               Peter A. Strotz
                                                 Attorneys for Defendant
19                                               THE GLIDDEN COMPANY dba ICI PAINTS

20
21   Dated: September 8, 2006                **McCORMICK, BARSTOW, SHEPPARD
                                                 WAYTE & CARRUTH**
22
23                                                              /S/
                                             By:_____
24                                               Stephen E. Carroll
                                                 Attorneys for Plaintiff
25                                               PENNY NEWMAN GRAIN CO., INC.
26   ///
27   ///
28   ///

McLAUGHLIN
SULLIVAN
1396 W. Herndon
Suite 106
Fresno, CA 93711

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Pursuant to the above reference stipulation, it is hereby ordered that Defendant MIDWEST PAINT SERVICE, INC., and THE GLIDDEN COMPANY dba ICI PAINTS shall have until October 11, 2006, to respond to Plaintiff's First Amended Complaint for Breach of Contract, Negligence, Breach of Express Warranty.

**IT IS SO ORDERED:**

Dated:  September __13___, 2006

/s/ Oliver W. Wanger
_____
HON. OLIVER W. WANGER

00011029.000.DOC

McLAUGHLIN
SULLIVAN
1396 W. Herndon
Suite 106
Fresno, CA 93711

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE

**STATE OF CALIGORNIA** )
) SS
**COUNTY OF FRESNO** )

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen (18) years and not a party to the within-entitled action. My business address is McLaughlin Sullivan, 1396 W. Herndon, Suite 106, Fresno, California, 93711. On September 13, 2006, I served the within document(s):

**STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT; [PROPOSED] ORDER**

☐ **BY FAX:** By transmitting via facsimile transmission the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ **BY HAND:** By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

X  **BY MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Fresno, California, addressed as set forth below.

☐ **BY OVERNIGHT COURIER:** By causing the document(s) listed above to be picked up by an overnight courier service company for delivery to the address(es) listed below on the next business day.

Stephen E. Carroll, Esq.
**McCormick, Barstow, Sheppard
  Wayte & Carruth, LLP**
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720
Fax:  559-433-2300

Peter A. Strotz, Esq.
**Felice, Brown, Eassa & McLeod LLP**
1999 Harrison Street, 18th Floor
Oakland, CA 94612
Fax:  510-839-7640

I am readily familiar with the firm's practices of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☐   (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 13, 2006, at Fresno, California

/S/

Shianne Garcia

McLAUGHLIN SULLIVAN
1396 W. Herndon
Suite 106
Fresno, CA 93711

4
STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com