1  PETER A. STROTZ (SBN: 129904)
   TED MECHTENBERG (SBN: 219602)
2  **FILICE BROWN EASSA & MCLEOD LLP**
   1999 Harrison Street, 18th Floor
3  Oakland, CA 94612
   Tel: (510) 444-3131
4  Fax: (510) 839-7940

5  Attorneys for Defendant,
   THE GLIDDEN COMPANY dba ICI PAINTS, erroneously
6  sued herein as ICI PAINTS
   Attorneys Specially Appearing for Third Party Defendant
7  NORBERG PAINTS, INC.

8                 **UNITED STATES DISTRICT COURT**

9                 **EASTERN DISTRICT OF CALIFORNIA**

10                          **FRESNO DIVISION**

11 PENNY NEWMAN GRAIN COMPANY, a ) Case No. 1:06-CV-01020-OWW-DLB
   California corporation,       )
12                               )
                                 )  **STIPULATION RE NINETY (90) DAY**
13                               )  **STAY AND CONTINUATION OF**
                                 )  **HEARING ON THIRD PARTY**
14        Plaintiff,             )  **DEFENDANT NORBERG PAINTS, INC.'S**
                                 )  **MOTION TO DISMISS;**
15   v.                          )  **ORDER**
                                 )
16 MIDWEST PAINT SERVICES, INC., a South )
   Dakota corporation, ICI PAINTS, a business )
17 entity of unknown type and DOES 1 through 100, )
   inclusive,                    )
18                               )
                                 )
19        Defendants.            )
                                 )
20 _____ )
                                 )
21 And related actions.          )
                                 )
22 _____ )

23

24      IT IS HEREBY STIPULATED AND AGREED among Plaintiff Penny Newman Grain

25 Co., Inc., Defendant The Glidden Company dba ICI Paints, erroneously sued herein as ICI Paints,

26 Defendant Midwest Paint Services, Inc. and Third Party Defendant Norberg Paints, Inc. that this

27 matter is hereby stayed for ninety (90) days beginning February 16, 2007 and expiring on May 17,

28 2007. The reason for this ninety (90) stay is to allow the parties to conduct a site inspection and

allow the parties more time to reach a resolution at mediation.  To that end, the parties have agreed to conduct a further mediation session on April 24, 2007.  The parties further stipulate that the hearing on Third Party Defendant Norberg Paints, Inc.'s Motion to Dismiss Midwest Paint Service, Inc.'s Third Party Complaint For Lack of Personal Jurisdiction shall be continued from 3/26/07 to June 11, 2007 at 10:00 a.m. in Courtroom 3. Finally, the parties agree that this Stipulation may be executed in counterparts and that a faxed, scanned or photocopied signature shall be as if it were the original.

Dated:  February ___, 2007      **FILICE BROWN EASSA & McLEOD LLP**

By: _____
PETER A. STROTZ
Attorneys for Defendant
THE GLIDDEN COMPANY dba ICI PAINTS;

Attorneys Specially Appearing for Third Party Defendant
NORBERG PAINTS, INC.

Dated:  February ___, 2007      **McCORMICK BARSTOW SHEPPARD WAYTE & CARRUTH LLP**

By: _____
STEPHEN E. CARROLL
Attorneys for Plaintiff
PENNY NEWMAN GRAIN CO., INC.

Dated: February ___, 2007      **McLAUGHLIN SULLIVAN LLP**

By: _____
FRANK M. NUNES
Attorneys for Defendant
MIDWEST PAINT SERVICE

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Pursuant to the above referenced stipulation, it is hereby ordered that this matter is stayed for ninety (90) days and that the hearing date for Third Party Defendant Norberg Paints, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction is continued to June 11, 2007 at 10:00 a.m. in Courtroom 3.

**IT IS SO ORDERED:**

Dated: March 5, 2007

/s/ Oliver W. Wanger
HON. OLIVER W. WANGER