```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


PENNY NEWMAN GRAIN COMPANY,
                                           1:06-CV-01020 OWW DLB
vs.

MIDWEST PAINT SERVICES, INC.,
ET.AL.,                                    NOTICE OF HEARING ON
                                           DISMISSAL FOR LACK
                                           OF PROSECUTION

_____/
```

YOU ARE HEREBY NOTIFIED that the above-entitled action has been placed on the calendar of the Honorable Oliver W. Wanger, U.S. District Judge, in Courtroom Three of the above-entitled court located at 2500 Tulare Street, Courtroom Three, Fresno, California, on December 8, 2008, at 10:00 AM, for dismissal for lack of prosecution.

YOU ARE DIRECTED TO SHOW CAUSE by affidavit or certificate why the action should or should not be dismissed.  Such affidavits or certificates are to be filed at least seven days prior to the hearing.  Failure to comply will result in dismissal of the action and/or other sanctions.

DATED:  November 6, 2008

VICTORIA MINOR, Clerk

By:
    A. Timken, Deputy Clerk