UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
PENNY NEWMAN GRAIN COMPANY,      )
                                 )    1:06-CV-01020 OWW DLB
                                 )
               Plaintiff,        )
                                 )
       v.                        )    ORDER DISMISSING ACTION
                                 )
MIDWEST PAINT SERVICES, INC.,    )
THE GLIDDEN COMPANY dba ICI PAINTS)
                                 )
               Defendant.        )
                                 )
_____)
```

      Pursuant to the stipulation for dismissal filed pursuant to FRCvP 41,

      IT IS HEREBY ORDERED that this matter, including the Complaint and all Cross-Claims is dismissed with prejudice, each party bearing its own attorney's fees and costs of suit.

IT IS SO ORDERED.

**Dated:   December 2, 2008**               **/s/ Oliver W. Wanger**
                                                                        UNITED STATES DISTRICT JUDGE